UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : : : | |
| Plaintiff, | : | Civil Action No.  3:03 CV 1568 (DJS) |
| vs. | : : | |
| AUSBERT DE ARCE | : : | |
| Defendant. | : | NOVEMBER 20, 2003 |

**APPLICATION FOR ENTRY OF DEFAULT BY CLERK**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, World Wrestling Entertainment, Inc., respectfully requests that the Clerk of the Court enter a Certification of Default in this matter by reason of defendant Ausbert de Arce's failure to answer or otherwise defend.  An affidavit as required by Rule 55(a) is attached as Exhibit A.  A proposed Certificate of Default is attached as Exhibit B.

Wherefore, the plaintiff respectfully requests that the Clerk of the Court enter a Certificate of Default in this matter.

-2-

        Respectfully Submitted,

        PLAINTIFF WORLD WRESTLING
        ENTERTAINMENT, INC.


        _____
        By: Terence J. Gallagher (ct22415)
        DAY, BERRY & HOWARD LLP
        One Canterbury Green
        Stamford, CT  06901-2047
        (203) 977-7300 (phone)
        (203) 977-7301 (fax)
        tjgallagher@dbh.com (e-mail)

Of Counsel:

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

## CERFICATE OF SERVICE

       This is to certify that a copy of the foregoing was sent by overnight courier, postage prepaid this 20th day of November 2003, to:

Ausbert de Arce
530 East 76th Street, Apt. 31G
New York, NY 10021

                                                                              _____
                                                                                  Terence J. Gallagher