INTERNATIONAL DIVISION

..D
..STLING
..DERATION"

August 12, 1996

Mr. Adnan Ahmed Ali Ezrique
Blue Belt Trading Company
PO Box 44588, 32060
Hawalli, Kuwait

Re: Amendment to the exclusive agreement dated June 12, 1996.

Dear Adnan,

As discussed and agreed, the following are further amendments to your exclusive Agreement with Titan Sports dated June 12, 1996:

Section 1: Will read: The exclusive licenses granted to Mr. Adnan A. Ezrique (Licensee) who is second party to this agreement by Titan Sports for the The Far East, The Middle East and all Arabic speaking countries including but not limited to Algeria, Bahrain, Lebanon, Palestine, Tunisia, Morocco, Saudi Arabia, Qatar, Egypt, Yemen, UAE, Kuwait, Jordan, Oman, Iraq, Syria, Libya, Sudan, Thailand, Singapore, Malaysia, Pakistan, India, Fiji Island, Brunei, Korea, Indonesia, and The Philippines, the sole exclusive rights and license to exploit Titan Sports' rights for WWF Home Video, TV Products, live wrestling events, magazines, and WWF merchandise as follows:

1 (f) Will now read: Rights to sell WWF TV programs to terrestrial standard broadcasters as well as satellite, cable, pay and other non-standard broadcasters in the territories referenced in Section 1. For these sales, Blue Belt will receive 25% commission on the gross license fees. Titan also agrees to provide a full accounting to Blue Belt of all sales in the territory as described in Section 1. These sales will be subject to a 25% commission. Titan will pay commissions due on a quarterly basis after receipt of payment for these sales.



TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone: 203 352 8600
Fax: 203 352 8699

INTERNATIONAL DIVISION

‚rLING
ERATION=

Section 5: Will now read: This agreement is irrevocable for the entire period for which the agreements are granted. The duration of this agreement is five years automatically renewed for the similar period. Titan agrees that the agreement will also be automatically renewed for an additional five years and said agreement will run through June 12, 2011.

It is further agreed that the agreement dated June 12, 1996 and its subsequent amendments are governed by the laws and the courts of all Arabic speaking countries.

I am pleased we were able to agree on the points listed above and I look forward to a fruitful and successful future together.

| BLUE BELT COMPANY | TITAN SPORTS, INC. |
|---|---|
| _signature_ | _signature_ |
| Adnan A. Ezrique | Ausbert de Arce<br>Senior Vice President<br>Worldwide Properties |

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone: 203 352 8600
Fax: 203 352 8699