01/23/2003 14:21 FAX 2033530236   WWE LEGAL AFFAIRS   ☒012
FROM : ESSENCE COMMUNICATIONS   PHONE NO. : 5045299396   Jan. 22 2003 01:07PM P3

Case 3:03-cv-01568-DJS   Document 50-4   Filed 09/20/04   Page 1 of 2



Date: 14th October 2002

## AFFIDAVIT OF AUSBERT DE ARCE

I the undersigned Ausbert de Arce, former Sr. Vice President and General Manager of Titan Sports Inc. World Wide Properties with headquarters at Titan Tower, 1241 East Main Street, Stamford, Connecticut and is the present and sole owner of the copyrights of the World Wrestling Federation which has become the World Wrestling Entertainment (W.W.E.) and trademarks of the World Wrestling Entertainment (W.W.E.) and all other proprietary right relating to W.W.E. products, events and Talent, declare that we have granted the exclusive rights to Mr. Adnan Ahmed Ezrique (Blue Belt Trading Company) to become the sole and exclusive agent and distributor by Titan Sports Inc. and holder of the sole exclusive rights and license for exploiting the rights of Titan Sports on video cassette such as distribution, rental, advertising and copying of the wrestling matches under any name, in any form and mean whether it is presently existing or which will later exist including at present the video cassettes, VCDs, DVDs or whatever may be introduced later. We have also granted Mr. Ezrique the rights of re-montaging, sub-titling, adapting, reducing, adding, changing and re-producing of the wrestling matches conducted in America or inside or outside the exclusive border area and under any name given thereto now or later as an example but not limited to Vengeance, Summer Slam, Unforgiven, No Mercy, Survivor Series, Armageddon, Royal Rample, King of the Ring, Judgement Day, Backlash, Wrestlmania, No Way Out, Weekly Raw, Smackdown etc. or any matches that are produced now or later and under any name as Titan Sports Inc. has granted Mr. Adnan A. Ezrique the exclusive licenses to all Arab speaking countries as well as countries in the Far East which include, without limitation: Algeria, Bahrain, Lebanon, Palestine, Tunis, Morocco, Kingdom of Saudi Arabia, Qatar, Egypt, Yemen, United Arab Emirates, Kuwait, Jordan, Sultanate of Oman, Iraq, Syria, Libya, Sudan, Tailand, Singapore, Malaysia, Pakistan, India, Fiji Islands, Bronei, Korea, Indonesia and Philippine and the sole exclusive rights for exploiting the rights of Titan Sports for home video (WWE), distribution rights to TV, holding of live matches, wrestling magazines and WWE merchandising. These rights which are



8



-2-

granted to Mr. Adnan A. Ezrique are irrevocable during the validity of the agreement which extend up to June 12, 2011 as Mr. Ezrique has purchased these rights and fully paid the agreed upon amount as well as fulfilled all his obligations towards Titan Sports Inc.

In the light of the foregoing, I do hereby state under oath, the following:

1- I was the Senior Vice President, Worldwide Properties for Titan Sports, Inc. from 1994 to 1997 in my capacity as S V P I was fully empowered and therefore authorized to issue exclusive licenses for the rights and distribution of Titan Sports Productions I was the only official authorized to issue such exclusive license.

2- During my term as S.V.P I entered into an exclusive agency agreement dated June 12, 1996 amended on August 12, 1996 on behalf of Titan Sports Inc. with Adnan Ahmed Ezrique of Blue Bell Company whereby Mr. Ezrique was issued the sole exclusive license to distribute Titan's Production in all Arabic speaking countries and the Far East. This license includes the authority to sell, convey, transfer, exploit and assign all or part of such rights to a third party without the consent of Titan Sports, Inc.

3- - Further, such agreement remains in force through June 12, 2011, therefore no present or future official of Titan Sports Inc. can legally issue an exclusive license for Titan Sports products in the Arabic speaking countries and the Far East within the above reference period (through June 12, 2011). Accordingly, no party other than Adnan Ezrique can presently have legal claim to an exclusive sole agency or license for Titan Sports Productions in the Arabic speaking countries and the Far East.

4- I declare under the penalty of perjury that the foregoing statement is true and correct.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 15th DAY
OF OCTOBER, 2002

ANTOINE FARRAR
Notary Public - State of New York
NO. 01FA5055573
Qualified in Kings County
My Commission Expires Jun 16, 2003