# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

September 9, 2004

Curtis B. Krasik, Esq.
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

Re: **World Wrestling Entertainment, Inc. v. Ausbert de Arce**

Dear Mr. Krasik:

I am writing with respect to your proposal to set up a "meet and confer" conference regarding our responses to WWE's discovery requests. Prior to setting up any such conference, I ask that you provide a written indication of what you believe are the "certain issues".

In addition, you have indicated that you would like dates in the next two or three weeks to conduct Mr. de Arce's deposition. As we have already provided two witnesses for deposition, and given that Mr. de Arce has been deposed by Ms. Barrett who has an appearance in this case, we ask that you provide us with dates that Vincent McMahon, Linda McMahon and a 30(b)(6) representative of WWE will be available for deposition prior to our producing Mr. de Arce again.

Very truly yours,

Jason M. Kuselias

JMK/kmt

cc: Joseph L. Clasen, Esq.

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK

www.rc.com