# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

September 16, 2004

Curtis B. Krasik, Esq.
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

Re: **World Wrestling Entertainment, Inc. v. Ausbert de Arce**

Dear Mr. Krasik:

I am surprised by your assertions that our seeking to depose Mr. Vince McMahon is "harassment" as I am sure that you are aware that Mr. McMahon hired Mr. de Arce to work at the WWE, and was directly involved in his termination. We are entitled to explore Mr. McMahon's personal knowledge of Mr. de Arce's employment, authority and performance. Further, Mr. McMahon had direct dealings with Mr. Adnan Ahmed Ali Ezrique and Blue Belt Trading Co. We are entitled to inquire about Mr. McMahon's personal knowledge of, and involvement with, the negotiations, correspondence and agreements with Ezrique and Blue Belt. We are also entitled to inquire about Mr. McMahon's direct relationships and dealings with Sanjay Video Pte, Ltd and any other third party that is part of the tortious interference claim against my client.

It is abundantly clear that Mr. Vince McMahon has personal knowledge directly relevant to this case and we have a right to take his deposition. We again request that you provide available dates so that we may reschedule his deposition.

In addition, despite our previous requests, you have also failed to provide dates for Linda McMahon's deposition. Please provide dates so we can avoid unilaterally scheduling her deposition.

I await you response.

Very truly yours,

Jason M. Kuselias

JMK/kmt
cc: Joseph L. Clasen, Esq.

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA
www.rc.com