# McDevitt, Jerry

**From:** McDevitt, Jerry
**Sent:** Wednesday, November 24, 2004 5:06 PM
**To:** 'jkuselias@rc.com'
**Cc:** Barrette, Amy L.; Richey, Jason
**Subject:** Ausbert D'Arce

Today, you will be served with an amended complaint setting forth specific dates and times your client solicited and received payments from Blue Belt, which as you know he has twice perjured himself about.
 I have followed the dialogue you have had with my associates following service of subpoenas on accounts used by your client to effectuate his scheme. Clearly, on receipt of those subpoenas you had reason to and did talk to your client about that action. Thereafter, you have consistently refused to supplement your discovery responses, choosing to play the game that you want to see what we have before you do. This, of course, is contrary to the rules of procedure and I would urge you to consider your ethical responsibilities under the current situation. They are really quite clear.
 We have been down this road before and you can rest assured that such a strategy will not work. I submit that your attempt to cause WWE personnel to appear for a variety of depositions is nothing more than harassment under circumstances now existing, and that the only prudent course for your client to take, and to take immediately, is to come clean and help us undo the damage done by his illegal actions. If he does not do so immediately, I can assure you things will only get worse for him. Let us know how you wish to proceed.