# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

November 30, 2004

Amy L. Barrette, Esq.
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

Re: **World Wrestling Entertainment, Inc. v. Ausbert de Arce**

Dear Ms. Barrette:

You previously indicated that you would be providing me with copies of all documents received pursuant to the subpoenas served upon various banks in connection with the above-referenced matter. Kindly provide copies of all documents received at your earliest convenience.

Yours very truly,

*Jason Kuselias* /kmt

Jason M. Kuselias

JMK/kmt

cc: Joseph L. Clasen, Esq.

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK

www.rc.com