UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.<br>   Plaintiff | : | |
| V. | : | CASE NO. 3:03cv1568(DJS) |
| AUSBERT DE ARCE<br>   Defendant | : | |

### ORDER

The Plaintiff's Application for Entry of Default by Clerk (Doc. #6) is hereby GRANTED for failure to appear or plead . The plaintiff shall file its Motion for Judgment by Default by **January 6, 2004** otherwise, this matter shall be dismissed with prejudice.

If the defendant against whom the above default has been entered move to set it aside and file a responsive pleading, the plaintiff need not file its Motion for Judgment by Default.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this __10th__ day of December, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge