**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Friday, July 29, 2005 12:01 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-01568-DJS World Wrestling v. de Arce**
**Order on Motion for Default Entry 55(a)   94**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER granting [90] Motion for Default Entry 55(a) against Licensing Works International, Inc., granting [91] Motion for Default Entry 55(a) against Eurodalmer S.A. Motion for default judgment due by 8/27/2005. Motion for default judgment due by 8/27/2005. Signed by Judge Dominic J. Squatrito on 7/28/05. (Pike, C.)

07/29/2005