UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : | C. A. No. 3:03-CV-1568 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| AUSBERT DE ARCE, et al., | : | AUGUST 23, 2005 |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF TERENCE J. GALLAGHER IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT AGAINST LICENSING WORKS INTERNATIONAL, INC. AND EURODALMER S.A.

State of Connecticut   )
                       )   ss:
County of Fairfield    )

Terence J. Gallagher, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Day, Berry & Howard LLP. I make this Affidavit upon personal knowledge and in support of Plaintiff WWE.

2. Day, Berry & Howard LLP has served as local counsel for WWE in the instant litigation.

3. As of August 8, 2005, Day, Berry & Howard LLP's fees and costs for its representation of WWE since the filing of the Second Amended Complaint against Licensing Works International, Inc. and Eurodalmer S.A. in this matter total $9,126.00 ($7,303.00 in fees and $1,823.00 in costs).

_____
Terence J. Gallagher

Subscribed and sworn to before me
this 23rd day of August, 2005.

_____
Notary Public
My Commission Expires:

EILEEN E. CAIE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2009